SCHMIDT, Administratrix, Respondent, vs. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILWAY COMPANY, Appellant: HEBERT, Impleaded Defendant.

For the appellant: *Bender, Trump & McIntyre* of Milwaukee, and *F. J. Smith* of Merrill.

For the respondent: *O'Melia & Kaye* of Rhinelander.

*By the Court.*—Judgment affirmed.

WILL OF TRZEBIATOWSKI: CLARKE, Executor, Appellant, vs. DREWEK, Respondent.

For the appellant: *Clarke & Clarke* of Milwaukee.

For the respondent: *J. C. Gamroth,* attorney, and *John A. Kluwin, John H. Schlosser,* and *Bendinger & Hayes* of counsel, all of Milwaukee.

*By the Court.*—Order affirmed.

BADGER FLORAL MANUFACTURING COMPANY, Respondent, vs. MILLER, Appellant.

For the appellant: *A. W. Schutz* of Milwaukee.

For the respondent: *Rubin & Zabel* of Milwaukee.

*By the Court.*—Judgment affirmed.